UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

|  |  |  |
|---|---|---|
| MARIA LOPEZ LOPEZ, o/b/o MJL, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:14-cv-723 |
| v. | ) ) | Honorable Janet T. Neff |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) | **REPORT AND RECOMMENDATION** |
| Defendant. | ) ) | |

This is a social security action seeking review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 1383(c)(3). The Commissioner found that plaintiff was not disabled on and after June 1, 2010. (docket # 7-2). Plaintiff's initial brief in this matter was due on October 20, 2014. Plaintiff never filed her brief and it is now more than a month past due. On November 5, 2014, the court issued an order directing plaintiff to show cause by November 18, 2014, as to why this case should not be dismissed for failure to prosecute and warned her that failure to file a timely response would result in dismissal of this lawsuit. (11/5/14 Order, Docket # 11). Plaintiff has failed to respond to the order to show cause.

**Recommended Disposition**

For the reasons set forth herein, I recommend that this lawsuit be dismissed for failure to prosecute.


Dated:   November 25, 2014         /s/  Phillip J. Green
                                    United States Magistrate Judge

Any objections to this Report and Recommendation must be filed and served within fourteen days of service of this notice on you.  28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72(b).  All objections and responses to objections are governed by W.D. MICH. LCIVR 72.3.  Failure to file timely and specific objections may constitute a waiver of any further right of appeal.  *See Thomas v. Arn*, 474 U.S. 140 (1985); *Keeling v. Warden, Lebanon Corr. Inst.*, 673 F.3d 452, 458 (6th Cir. 2012); *United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008).  General objections do not suffice.  *See McClanahan v. Comm'r of Social Security*, 474 F.3d 830, 837 (6th Cir. 2006); *Frontier Ins. Co. v. Blaty*, 454 F.3d 590, 596-97 (6th Cir. 2006).