UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIA LOPEZ LOPEZ,
on behalf of
Maria Jimenez Lopez,

   Plaintiff,        Case No: 1:14-cv-723

v.              HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

   Defendant.
_____/

## ORDER

  Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration.  42 U.S.C. § 405(g).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 25, 2014, recommending that this Court dismiss this lawsuit for failure to prosecute.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

  **IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 12) is APPROVED and ADOPTED as the Opinion of the Court, and this lawsuit is DISMISSED for failure to prosecute.

  A Judgment will be entered consistent with this Order.


Dated:  December 29, 2014          /s/ Janet T. Neff
                 JANET T. NEFF
                 United States District Judge